**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00318-CV

**THE CADLE COMPANY, Appellant**

**V.**

**TOM HUDGINS, JR. D/B/A THE WORK OUT, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 88-00294**

## ORDER

On March 18, 2013, the Court received a letter from appellant's counsel requesting an extension of time to file its jurisdictional brief. We treat the letter as a motion for an extension. Appellant informs the Court that the parties have reached a tentative settlement. We **GRANT** appellant's motion and extend the time to file a jurisdictional brief to April 8, 2013.

/s/　　CAROLYN WRIGHT
　　　　CHIEF JUSTICE